IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Mary E. Akin-Jones, | ) | C/A No. 0:18-1337-DCN-PJG |
|        Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| Nancy A. Berryhill, Acting Commissioner of Social Security, | ) ) ) ) | |
|        Defendant. | ) ) | |

This social security action is before this court pursuant to 42 U.S.C § 405(g) for review of a final decision of the Commissioner of the Social Security Administration. The plaintiff, Mary E. Akin-Jones, initiated this action and filed her Complaint on May 16, 2018. (ECF No. 1.)

The Federal Rules of Civil Procedure state that a plaintiff must serve a defendant within 90 days after the complaint is filed and, unless service is waived, must provide proof of service to the court. Fed. R. Civ. P. 4(*l*)(1) and 4(m). As of the date of this order, more than 90 days has passed since the Plaintiff initiated this action by filing her Complaint, and the Plaintiff has not filed proof of service with the court. It is therefore

**ORDERED** that the Plaintiff shall have until **August 29, 2018** to provide the court with proof of service of the Complaint upon the defendant in accordance with Federal Rule of Civil Procedure 4(*l*)(1), or show good cause for failure to serve pursuant to Rule 4(m). **Failure to do so will result in this case being dismissed for failure to serve.** Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

August 22, 2018
Columbia, South Carolina

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE